USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __07/30/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN WOODY,

                                **Petitioner,**

-against-

SUPERINTENDENT OF GREEN HAVEN CORRECTIONAL FACILITY,

                                **Respondent.**

**20-CV-9504 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Petitioner Woody's request for an update on the instant matter. ECF No. 13. Mr. Woody's petition for writ of habeas corpus remains pending before this Court. In accordance with this Court's order issued on February 18, 2021, ECF No. 6, Respondent filed and served an answer to the petition as well as the transcripts and briefs identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts on April 19, 2021. ECF Nos. 10-12. In accordance with the Court's February 18, 2021 order, Petitioner had until May 19, 2021 to file reply papers. However, Petitioner has not filed any such reply papers.

       Petitioner is hereby GRANTED an extension through August 30, 2021 to file and serve reply papers if he so wishes. If Petitioner declines to file reply papers, the petition will be considered fully briefed.

       The Clerk of Court is hereby directed to serve Petitioner with the instant order in addition to the documents at ECF Nos. 6, 10-12.

**SO ORDERED.**

**Dated:  July 30, 2021**
            **New York, New York**

                                                              */s/ Andrew L. Carter, Jr.*
                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**