**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

John Woody,

                            Petitioner,

        -against-

Superintendent of Green Haven Correctional
Facility,

                            Respondent.

1:20-cv-09504 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On January 12, 2026, this case was referred to the undersigned for a report and recommendation with respect to Petitioner's pending habeas petition. (Order of Ref., ECF No. 15.)

In Respondent's opposition memorandum, dated April 19, 2021, Respondent states that Petitioner had a deadline in April 2021 (*i.e.*, 30 days after service of notice of entry of the denial of Petitioner's § 440.10 motion) in which to file an application in the Appellate Division seeking leave to appeal the denial of his § 440.10 motion, and that "[u]nder certain circumstances . . . the Appellate Division can grant an extension of th[e] 30-day deadline, if the application for the extension is made within one year of the deadline." (Resp.'s Mem., ECF No. 10, at 10-11 (citing CPL § 460.30(1)); *see also* Resp.'s Mem., ECF No. 10, at 17-18.) The record currently before the Court does not reflect if Petitioner made an application to the Appellate Division within one year of the applicable deadline. Accordingly, no later than January 29, 2026, Respondent shall file a letter stating whether or not Petitioner made such an application and, if so, the outcome of such application.

If Petitioner did not timely make an application for leave to appeal the denial of his § 440.10 motion, and he contends that there is an absence of available state remedies, he shall, no later than February 5, 2026, file a letter setting forth the legal and factual bases for such contention.

**SO ORDERED.**

Dated:　　　New York, New York
　　　　　　January 15, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2