**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| John Woody,<br><br>                        Petitioner,<br><br>      -against-<br><br>Superintendent of Green Haven Correctional Facility,<br><br>                   Respondent. | **1:20-cv-09504 (ALC) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the letter, dated January 29. 2026, filed on behalf of Respondent at ECF No. 17. The letter refers to a 2024 CPL § 440.20 motion that had been filed by Petitioner and states that Respondent's counsel "ha[s] been unable to obtain [the § 440.20 motion or the trial court's decision] from the county clerk's office or the District Attorney's office." Respondent's counsel shall make diligent efforts to locate the foregoing documents and to file them with the Court. No later than February 16, 2026, Respondent's counsel shall either file the foregoing documents, or articulate in a letter filed to the ECF docket the diligent efforts made to locate them. In addition, if Respondents counsel is unable to locate them, then no later than March 2, 2026, Petitioner shall file a letter either attaching his 2024 CPL § 440.20 motion and the trial court's decision relating thereto, or stating that he does not have such documents in his possession.

**SO ORDERED.**

Dated:      New York, New York
            February 1, 2026

_____
STEWART D. AARON
United States Magistrate Judge