**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
**JOHN WOODY,**                                    :
                                                   :
                                **Petitioner,**    :
                                                   :
-against-                                          :        **1:20-cv-09504 (ALC) (SDA)**
                                                   :
**SUPERINTENDENT OF**                              :        <u>**ORDER ADOPTING**</u>
**GREEN HAVEN**                                    :        <u>**REPORT AND**</u>
**CORRECTIONAL FACILITY,**                         :        <u>**RECOMMENDATION**</u>
                                                   :
                                                   :
                                **Respondent.**                                        :
-------------------------------------------------------------------- x
**ANDREW L. CARTER, JR., United States District Judge:**

On November 10, 2020, Petitioner John Woody filed a Petition for Writ of Habeas Corpus. ECF No. 1. On April 19, 2021, the Government filed a Response. ECF No. 10. On January 12, 2026 this matter was referred to United States Magistrate Judge Stewart D. Aaron. ECF No. 15.

On February 23, 2026, Judge Aaron issued a report and recommendation ("R&R"), recommending that Petition for Writ of Habeas Corpus be denied in its entirety. Judge Aaron gave the Parties until March 9, 2026 to object. No objections were received. Petitioner's mental-health related claim has not been exhausted, but even if it it had been, it is without merit. *Id.* at 12-18. Petitioner's claim that his counsel was ineffective in not interviewing the victim is foreclosed by his guilty plea. *Id.* at 18-19. However, even if it was not foreclosed, the claim is without merit. *Id.* at. 19-21. Petitioner's claim to modify his sentence is not cognizable under federal law, and to the extent Petitioner is bringing an Eighth Amendment claim, it is unexhausted. *Id.* at 21-24.

Because the Court finds no clear error in the record, the Court rests on Judge Aaron's R&R and adopts it in its entirety. The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**
**Dated: March 17, 2026**

**New York, New York**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**

2