**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOHN WOODY,

                        Petitioner,                    20 **CIVIL** 9504 (ALC)(SDA )

        -against-                              **JUDGMENT**

SUPERINTENDENT OF GREEN HAVEN
CORRECTIONAL FACILITY,

                        Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 17, 2026, the Court adopts the Report &

Recommendation in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
        March 18, 2026

                                **TAMMI M. HELLWIG**
                                _____
                                   **Clerk of Court**

                **BY:**   _____
                                **Deputy Clerk**